UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RSN ASSOCIATES LLC,

    Plaintiff,

v.

SUREN AJJARAPU, AESTHER HEALTHCARE SPONSOR, LLC, OCEANTECH ACQUISITIONS I SPONSORS LLC, CHIRINJEEV KATHURIA, ELIZABETH NG and OCEAN BIOMEDICAL INC.,

    Defendants.

Case No: 8:25-cv-47-WFJ-SPF

_____/

**O R D E R**

The Court has been advised by **the Notice of Settlement (Dkt. 87)** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on October 14, 2025.

    s/*William F. Jung*
    **WILLIAM F. JUNG**
    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:  Counsel of Record